# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

      Plaintiff(s)

vs.                                                        Case Number:  19-CV-77-JED-FHM

DRUMMOND RANCH, LLC, et al.,

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Drummond Ranch, LLC
_____
[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)   ☐ YES    ☑ NO

If YES, identify entity and nature of interest:

5.    **Is party a trade association?**

(Check one)   ☐ YES    ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 12th day of March , 2019 .

s/Garry M. Gaskins, II
_____
Signature

Garry M. Gaskins, II                    OBA #20212
_____
Printed Name                           Bar Number

Drummond Law, PLLC
_____
Firm Name

1500 S. Utica Ave., Ste. 400
_____
Address

Tulsa, OK 74105
_____
City                        State    ZIP

918-749-7378              918-749-7869
_____
Phone                      Fax

Garry.Gaskins@drumlaw.com
_____
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on _____March 12, 2019_____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Marianne Hardcastle
Scott Robert Hall

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery

☐ Courier Service     ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/Garry M. Gaskins, II
_____
 Signature