IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-77-JED- SH |
| | ) |
| DRUMMOND RANCH, LLC, | ) |
| REGIER FLYING SERVICE, LLC, | ) |
| BLUESTEM AERIAL SPRAYERS, LLC, | ) |
| GENTNER DRUMMOND an individual, | ) |
| DRUMMOND CATTLE, LLC, | ) |
| | ) |
| Defendants. | ) |

## DRUMMOND RANCH, LLC'S, GENTNER DRUMMOND'S AND DRUMMOND CATTLE, LLC'S DESIGNATION OF INTERROGATORIES AND DEPOSITION TESTIMONY

Defendants, Drummond Ranch, LLC, Gentner Drummond and Drummond Cattle, LLC (cumulatively the "Drummond Defendants"), by and through their attorneys of record, **DRUMMOND LAW, PLLC**, pursuant to the Court's Third Amended Scheduling Order, make the following interrogatory and deposition designations:

### INTERROGATORY DESIGNATIONS

Plaintiff's Response to Defendants Drummond Ranch, LLC's and Gentner Drummond's Interrogatory No. 5.

### DEPOSITION DESIGNATIONS

**Isaac Regier, Jr.**

| Start Page/Line | Stop Page/Line |
|---|---|
| 25:21 | 26:5 |
| 45:18 | 46:10 |
| 55:25 | 57:24 |

**Damardray Williams**

| Start Page/Line | Stop Page/Line |
|---|---|
| 10:5 | 15:1 |

Drummond Defendants reserve their right to use any portion of a transcript, even if not designated, for the purposes of contradicting or impeaching the testimony of a deponent as a witness. Drummond Defendants further reserve their right to withdraw all or part of these designations and to call one or more witnesses to testify at trial to supplement the testimony designated herein.

Respectfully Submitted,

By: s/Garry M. Gaskins, II
Garry M. Gaskins, II, OBA #20212
DRUMMOND LAW, PLLC
1500 South Utica Avenue, Suite 400
Tulsa, Oklahoma 74104-6522
Telephone: (918) 749-7378
Facsimile: (918)749-7869
*Attorneys for Defendants,*
*Drummond Ranch, LLC, Gentner Drummond*
*and Drummond Cattle, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anne F Thidemann
Marianne Hardcastle
Kristin Fulton Harrington
Bradley K. Donnell
Sarah Gruber

s/Garry M. Gaskins, II        .
Garry M. Gaskins, II