IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-77-JED-SH |
| | ) |
| DRUMMOND RANCH, L.L.C., | ) |
| REGIER FLYING SERVICE, L.L.C., | ) |
| GENTNER DRUMMOND, an individual, and | ) |
| DRUMMOND CATTLE, L.L.C., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

Before the Court is the Joint Motion to Amend the Scheduling Order (Doc. 134). Upon review of the Motion, and for good cause shown, the Court hereby **grants** the Motion.

The Scheduling Order deadlines are extended as follows:

| Deadline Description | Current Deadline | Requested Deadline |
|---|---|---|
| Exchange of Pre-marked Exhibits | 12/13/2021 | 12/17/2021 |
| Pretrial Disclosure | 12/13/2021 | 12/17/2021 |
| Objections to Designations | 12/17/2021 | 12/24/2021 |
| Transcripts Annotated with Objections | 12/17/2021 | 12/24/2021 |
| Agreed Proposed Pretrial Order | 12/17/2021 | 1/3/2022 |
| Final Witness & Exhibit Lists | 12/17/2021 | 1/3/2022 |
| Proposed Findings of Fact & Conclusions of Law | N/A | N/A |

| | | |
|---|---|---|
| Pretrial Conference | 1/10/2022 | 1/18/2022 at 1:30 p.m. |
| Requested Jury Instructions, Voir Dire and Verdict Forms | N/A | N/A |
| Trial Briefs | 1/24/2022 | 1/24/2022 |
| Exchange of Demonstrative Exhibits | 1/24/2022 | 1/24/2022 |
| Bench Trial Date | 1/31/2022 | 1/31/2022 at 9:30 a.m. |

ORDERED this 13th day of December, 2021.

_____
JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE